IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE. SUBPOENA IN CIVIL ACTION No. 2:23-cv-9430 | Case No. 25-mc-00027-CRC |

NOTICE OF WITHDRAWAL OF MOTION

The Department of Justice respectfully submits this Notice to inform the Court of its withdrawal of its Motion to Quash or in the Alternative for Protective Order (ECF No. 1), because the issuer has withdrawn the underlying subpoena.

Dated: April 8, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director

/s/ *Samuel Bean*
SAMUEL BEAN (MD)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Phone: 202-455-9619
Email: Samuel.B.Bean2@usdoj.gov